FILED - USDC -NH
2026 JUN 30 PM2:37

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| AARON ROSS DAY,<br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>Defendant. | Civil Action No.<br>1:26-cv-00499-LM-AJ |

## NOTICE OF EMERGENCY FILING AND REQUEST FOR SAME-DAY DOCKETING AND IMMEDIATE REFERRAL TO THE ASSIGNED JUDGE

To the Clerk of Court:

Plaintiff Aaron Ross Day, appearing pro se, files herewith, in the above-captioned action, which is already open and in which the Verified Complaint was filed on June 16, 2026, the following emergency papers:

1. Emergency Motion for Temporary Restraining Order; 2. Motion for Preliminary Injunction; 3. Memorandum of Law in Support; 4. Declaration of Aaron Ross Day with Exhibits 1 through 9; 5. Proposed Order Granting Temporary Restraining Order; 6. Proposed Order Granting Preliminary Injunction; and 7. Certificate of Notice.

The relief sought is time-sensitive. Plaintiff's access to the 2026 general-election ballot for United States Senator depends on the Secretary of State's acceptance of his Declaration of Intent, and the nomination-paper signature window closes on August 5, 2026. Plaintiff therefore respectfully requests that the Clerk docket these papers on a same-day basis and refer the Emergency Motion for Temporary Restraining Order to the assigned judge for immediate consideration.

Plaintiff has given notice of this filing to the Defendant and to the New Hampshire Attorney General as set forth in the accompanying Certificate of Notice. This notice under Rule 65(b)(1) is distinct from formal service of process under Rule 4, which Plaintiff will perfect separately.

Respectfully submitted,

Aaron Ross Day, pro se

34 Franklin St, Ste 325

Nashua, NH 03064

617-669-2187

ard@day2026.com

Dated: June 30, 2026