## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AARON ROSS DAY,<br>    Plaintiff,<br><br>    v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>    Defendant. | Civil Action No.<br>1:26-cv-00499-LM-AJ |

---

**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR EXPEDITED CONSIDERATION PURSUANT TO LR 7.1(f)**

Plaintiff Aaron Ross Day, pro se, moves under Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65.1 for a temporary restraining order directing Defendant to accept Plaintiff's June 12, 2026 Declaration of Intent for the office of United States Senator and to process his candidacy on equal terms with all other candidates, pending hearing on Plaintiff's separately filed Motion for Preliminary Injunction.

In support, Plaintiff states:

1. The grounds for this motion are set forth in the accompanying Memorandum of Law, the Verified Complaint, and the Declaration of Aaron Ross Day with Exhibits 1 through 9, all filed herewith. A proposed temporary restraining order is submitted herewith as required by Local Rule 65.1.

2. Plaintiff seeks emergency relief because the consequences of Defendant's refusal compound on a fixed election calendar: nomination-paper signatures are due to local officials by August 5, 2026 (RSA 655:43), certified papers are due to the Secretary of State by September 2, 2026, and general election ballots are printed in September. Each week of delay deepens the practical harm to Plaintiff's campaign, his volunteers, and the voters who wish to sign his papers, because they cannot know whether their efforts will count.

3. Notice: Plaintiff has given actual notice of this motion by emailing copies of all filing papers to the Office of the Secretary of State, Election Division (elections@sos.nh.gov, Deputy Secretary Brendan A. O'Donnell), and to the Office of the New Hampshire Attorney General, Civil Bureau, on the date of filing. The efforts to give notice are set forth in the Certificate of Notice filed contemporaneously herewith. This motion is therefore made on notice and is not ex parte. Formal service of the summons and complaint under Fed. R. Civ. P. 4(j)(2) will be completed within the time allowed by Fed. R. Civ. P. 4(m).

4. Given the emergency nature of the relief sought and the imminent August 5, 2026 signature deadline, Plaintiff respectfully requests that the Court decide this motion directly, without referral, so that relief, if warranted, issues with sufficient time for Plaintiff and his volunteers to gather nomination signatures before that deadline.

5. Certification under Local Rule 7.1: Plaintiff sought Defendant's concurrence in the relief requested; the rejection letters of June 11 and June 12, 2026, the position taken by the Secretary of State, and the New Hampshire Ballot Law Commission's June 29, 2026 decision denying Plaintiff's administrative appeal by a vote of 4 to 1 all make clear that concurrence is withheld.

6. No security should be required under Rule 65(c). Defendant will suffer no monetary loss from accepting a declaration of intent, and the public interest favors resolving ballot-access questions early. Courts routinely waive bond in constitutional ballot-access cases.

WHEREFORE, Plaintiff requests that the Court:

A. Issue a temporary restraining order enjoining Defendant from applying to Plaintiff's June 12, 2026 Declaration of Intent any requirement, absent from RSA 655:17-a, that Plaintiff's voter registration first be approved by the supervisors of the checklist, and from treating that Declaration as anything other than timely filed;

B. To give effect to Paragraph A, and in the alternative, direct Defendant to accept and docket the June 12, 2026 Declaration as timely filed and to process it and issue nomination-paper materials to Plaintiff within twenty-four hours, on the same terms as other candidates, pending hearing on Plaintiff's Motion for Preliminary Injunction;

C. Set an expedited hearing on the Motion for Preliminary Injunction;

D. Order that no security is required under Rule 65(c); and

E. Grant such other relief as is just.

Respectfully submitted,



Aaron Ross Day, pro se
34 Franklin St, Ste 325
Nashua, NH 03064
617-669-2187
ard@day2026.com
Dated: June 30, 2026

## Certificate of Service

I certify that on June 30, 2026, I served this motion, with all supporting papers, on the Office of the Secretary of State, Election Division, by email to elections@sos.nh.gov, and on the Office of the New Hampshire Attorney General, 1 Granite Place South, Concord, NH 03301, by email, and that formal service of the summons and complaint will be completed under Fed. R. Civ. P. 4(j)(2) within the time allowed by Fed. R. Civ. P. 4(m).

Aaron Ross Day

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

AARON ROSS DAY,
  Plaintiff,

    v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,

  Defendant.

Civil Action No.
1:26-cv-00499-LM-AJ

## CERTIFICATE OF NOTICE

I, Aaron Ross Day, Plaintiff pro se, hereby certify that on June 30, 2026, at approximately __11:30__ ᵃ.m., I caused a true and complete copy of the foregoing Emergency Motion for Temporary Restraining Order, Motion for Preliminary Injunction, Memorandum of Law in Support, Declaration of Aaron Ross Day with Exhibits 1 through 9, Proposed Order Granting Temporary Restraining Order, and Proposed Order Granting Preliminary Injunction to be transmitted by electronic mail to:

- elections@sos.nh.gov (Office of the New Hampshire Secretary of State, Election Division); and - attorneygeneral@doj.nh.gov (Office of the New Hampshire Attorney General, Civil Bureau).

This notice is given under Rule 65(b)(1) of the Federal Rules of Civil Procedure. It is distinct from, and not a substitute for, formal service of process under Rule 4 of the Federal Rules of Civil Procedure, which Plaintiff will perfect separately within the time allowed by Rule 4(m).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2026

_____

Aaron Ross Day, pro se

34 Franklin St, Ste 325

Nashua, NH 03064

617-669-2187

ard@day2026.com