Aaron Ross Day
34 Franklin St, Ste 325
Nashua, NH 03064
617-669-2187 · ard@day2026.com

June 12, 2026

Ballot Law Commission
c/o Secretary of State's Office
State House, Room 204
107 N. Main Street
Concord, NH 03301

By email: elections@sos.nh.gov, ATTN: Ballot Law Commission

**Re: Notice of Appeal under RSA 665:7. Refusal to accept Declaration of Intent for United States Senate.**

Dear Members of the Commission:

This is my signed notice of appeal under RSA 665:7, filed in conformity with N.H. Admin. Code Bal 204 and Bal 205.01. I am appealing the Secretary of State's refusal today to accept my Declaration of Intent to be a candidate for the United States Senate. The Secretary of State's correspondence directed appeals of this decision to this Commission under RSA 665:7. I request an expedited hearing given the election calendar.

**What happened**

On June 10, 2026, I filed a Declaration of Intent and paid the fee. On June 11, the Secretary of State's office wrote that it could not accept the declaration because I was registered to vote in Bedford rather than in Nashua Ward 3, where I am domiciled.

I fixed that the same day. On June 11, I submitted a complete voter registration application to the City of Nashua, transferring my registration from Bedford to Nashua Ward 3. The city accepted it and assigned me Voter ID 300205248 with an add date of June 11, 2026.

Today, June 12, within the filing period set by RSA 655:14 and RSA 655:14-a, I returned to the Secretary of State's office. I filed a new Declaration of Intent, paid the fee again, and provided the city's registration documentation and a letter explaining the cure. The office rejected the new declaration the same day, in writing, on a single ground: my Nashua registration "remains pending" in the statewide voter registration system because the supervisors of the checklist have not yet met to approve it. The office's June 12 email is attached as Exhibit 6.

**Why the refusal was wrong**

1. The new declaration conforms to RSA 655:17-a. That statute requires the declarant to be "a registered voter herein," meaning a registered voter where he is domiciled, at the time the declaration is made. I did everything the law permits a person to do to meet that requirement: I

submitted a complete, qualified application that the city was required to accept and did accept before I filed. A voter does not cease being a registered voter merely because a transfer of registration is awaiting approval by local election officials.

2. There is no June 2 deadline. No statute says a candidate must register to vote by June 2, or before the filing period opens. Not RSA 655. Not RSA 654. None. The Secretary's June 12 email concedes this: "a person may complete a voter registration form after the candidate filing period opens."

3. The statute the Secretary relies on does not say what the Secretary says it says. RSA 654:32, by its own words, schedules a session "for the change of registration of legal voters as provided in RSA 654:34 or 654:34-a." Those statutes concern changes of party affiliation. The Secretary's June 11 email quoted that very text. The June 12 email now describes the same session as held "to act on all pending voter registrations." The statute's text says otherwise. I did not change my party. I moved my registration to my domicile. The Secretary of State's own office told the public the same thing on June 2 itself: its official X account posted a graphic stating, "The deadline to change party affiliation is Today," identifying June 2 as the party-affiliation deadline for the September 8 primary. The post says nothing about voter registration deadlines or candidates. Exhibit 8.

4. The Secretary's June 12 email concedes the facts. It concedes that I completed my registration on June 11 at the Nashua City Clerk's Office. It concedes my application is in the statewide system. The only thing held against me is that Nashua's supervisors have not yet held a meeting to approve it. That is a fact about the city's meeting calendar. It is not a fact about me, and no act of mine can change it. A transfer pending approval should not extinguish existing registered-voter status.

5. Under the Secretary's reading, eligibility for the United States Senate turns on municipal meeting schedules. Nashua's Board of Registrars, which serves as its supervisors of the checklist under RSA 652:15, met on June 2, 2026, and has no further meeting scheduled. Its recent meetings have come one to three months apart: August 25, 2025; October 23, 2025; February 4, 2026; April 29, 2026; June 2, 2026. On the Secretary's theory, no person who moved to Nashua after June 2 can become a candidate for United States Senate in 2026, no matter what they do. A rule like that is arbitrary, varies from town to town with each board's calendar, and operates as an absolute bar on a class of New Hampshire voters.

6. Approval of a complete application is ministerial. RSA 654:8 required the city to accept my application during regular office hours, and it did. Under Nashua's charter, the Board of Registrars or their deputies are to be in session at City Hall during business hours for registering voters and revising and correcting the checklist. The remaining step belongs to officials, not to me. A candidate's eligibility cannot depend on how quickly city officials perform a duty on a form they have already accepted.

7. I have been a registered New Hampshire voter without interruption. I was registered in Bedford before June 2 and at all times since. The June 11 transfer changed the municipality on my record, not my status as a registered voter in this state.

8. The Secretary's own letters defeat the Secretary's position. The June 11 letter states the rule in the present tense: a person "is only qualified to file if they are registered to vote in the town or ward in which they are domiciled." Nothing in that sentence, and nothing in RSA 655:17-a, says a completed registration does not count until officials finish processing it. That additional requirement appears for the first time in the June 12 rejection. The legislature never wrote a processing requirement into the statute, and the Commission should decline to add one, as adding one would create an extra-statutory barrier to ballot access, arbitrarily penalize candidates for administrative delays beyond their control, and undermine the legislature's chosen eligibility standard.

9. The Constitution forbids the Secretary's reading. The qualifications for United States Senator are fixed and exclusive: age, citizenship, and inhabitancy when elected. U.S. Const. art. I, sec. 3, cl. 3; U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779, 806, 831 (1995). Every federal court to review a state rule requiring congressional candidates to be registered voters or pre-election residents has struck it down. Campbell v. Davidson, 233 F.3d 1229, 1235 (10th Cir. 2000); Schaefer v. Townsend, 215 F.3d 1031, 1037, 1039 (9th Cir. 2000); Texas Democratic Party v. Benkiser, 459 F.3d 582, 589 (5th Cir. 2006); Dillon v. Fiorina, 340 F. Supp. 729, 731 (D.N.M. 1972) (three-judge court) (a U.S. Senate case). The Commission need not reach this question. It need only read RSA 655:17-a as written. But the constitutional rule is a further reason to reject the Secretary's reading, and I expressly preserve all federal claims for the federal courts.

10. The Secretary's own published guidance contradicts the refusal. The office's Qualifications for Office webpage does not enumerate a voter-registration requirement for United States Senator, while it specifically enumerates one for Governor, Executive Councilor, State Senator, State Representative, and County officer.

**Relief requested**

I ask the Commission to order the Secretary of State to accept my June 12 Declaration of Intent. In the alternative, I ask that acceptance be ordered effective upon the City of Nashua's completion of its processing of my June 11 registration. Nomination papers are not due until August 5, 2026, so no election deadline is impaired by granting relief.

I request an expedited hearing given the election calendar.

**Exhibits**

1. Declaration of Intent filed June 10, 2026.
2. Secretary of State email of June 11, 2026 (rejection of first declaration).
3. City of Nashua voter registration form (RSA 654:7), received June 11, 2026, Voter ID 300205248.
4. Declaration of Intent filed June 12, 2026, with cure letter of the same date.
5. Secretary of State "Qualifications for Office" webpage.
6. Secretary of State email of June 12, 2026 (rejection of second declaration).
7. Nashua Board of Registrars meeting history, from the city's public meeting portal.

8. New Hampshire Secretary of State official X post of June 2, 2026, 1:00 p.m. (@NHSecretary), captured June 12, 2026.

Respectfully,

Aaron Ross Day

**Certificate of Service (N.H. Admin. Code Bal 204.03)**

I certify that on June 12, 2026, I served a copy of this notice of appeal, with exhibits, on the Office of the Secretary of State, Election Division, by email to elections@sos.nh.gov, and on the City Clerk of the City of Nashua, by email to cityclerkdept@nashuanh.gov and healeyd@nashuanh.gov

Aaron Ross Day

# EXHIBIT 1

**Declaration of Intent (RSA 655:17-a), United States Senator, filed with the Secretary of State on June 10, 2026. Candidate's copy. The original is in the Secretary of State's possession.**



NEW HAMPSHIRE GENERAL ELECTION

Declaration of Intent
(RSA 655:17-a)

REPRESENTATIVE IN CONGRESS
UNITED STATES SENATOR

I, Aaron Day
(print name as it should appear on ballot – RSA 655:14-b)

declare that I am domiciled in Ward 3 in the city (or town or unincorporated place) of Nashua county of Hillsborough state of New Hampshire, and am a registered voter herein, that I intend to be a candidate for the office of US Senate district no. ____

to be chosen at the general election to be held on **November 3, 2026**, and I intend to file nomination papers by the deadline established under RSA 655:43. I further declare that, if qualified as a candidate for said office, I shall not withdraw, and that, if elected, I shall be qualified for and shall assume the duties of said office. If I have been convicted of a felony, I declare that I have completed my sentence as required in RSA 607-A:2.

**Candidate's Signature** [signature]

| Aaron | Ross | Day | |
|---|---|---|---|
| First Name | Middle | Last | (Jr., Sr., etc.) |

Mailing Address:
34 Franklin St, Ste 325
Nashua, NH 03064

Phone No. 617-669-2187

Email: ard@day2026.com

*Fee (RSA 655:19-c): United States Senator - $100 Representative in Congress - $50*

## EXHIBIT 2

**Secretary of State rejection of first Declaration of Intent. Email received June 11, 2026. True and accurate transcription; original retained in candidate's email and on the sender's system.**

Good afternoon, Aaron Day:

I attempted to call you today at 12:30 p.m., but you did not pick up, and I could not leave a message because your voicemail was full. On June 10, you submitted a declaration of intent to be a candidate for U.S. Senate. Please be advised, your declaration does not conform to state law because you are not registered to vote in Nashua Ward 3, where you are domiciled. See RSA 655:17-a. Accordingly, the Secretary of State's Office cannot accept your declaration. A refund of your filing fee will be issued in the coming weeks.

New Hampshire Law Governing Ballot Access:

The candidate filing period for the November 3 State General Election runs from June 3 to June 12, 2026. See RSA 655:14; RSA 655:14-a.

During this period, a person may file a declaration of intent to be listed as a candidate on the general election ballot, provided the candidate complies with the nominating papers process set forth in RSA 655:40 et seq. However, a person is only qualified to file if they are registered to vote in the town or ward in which they are domiciled. See RSA 655:17-a (requiring nonparty candidates to complete a declaration of intent, declaring that they are a registered voter in the town or ward in this they are domiciled).

Because candidates must be registered voters at the time they complete a declaration of intent, every municipality held a supervisor session on June 2, the day before the candidate filing period opened. See RSA 654:32 ("Before each state or presidential primary election, the supervisors of the checklist shall be in session before each primary for the change of registration of legal voters as provided in RSA 654:34 or 654:34-a or both. . . . Before the state primary election, the session shall be on Tuesday before the first Wednesday in June between 7:00 p.m. and 7:30 p.m. and at the discretion of the supervisors for extended hours.").

Your Declaration of Candidacy Did Not Conform to State Law:

June 2, 2026, was the last day for you to register as a voter at your current domicile prior to the opening of the candidate filing period on June 3.

On June 10, 2026, you submitted a declaration of intent to run as a candidate for U.S. Senate in the upcoming state general election. On that form, you listed your name as "Aaron Day" and declared "I am domiciled in Ward 3, in the city ... of Nashua, and am a registered voter herein." You further listed your address as "34 Franklin Street, Suite 325." This Office checked the statewide voter registration system, and you are not registered to vote in Nashua Ward 3.

Therefore, your June 10 declaration of candidacy did not conform to state law because you are not a registered voter in the ward in which you are domiciled. Accordingly, the Secretary of State's Office cannot accept your declaration.

Appeal to Ballot Law Commission:

The Ballot Law Commission has authority to "hear and determine disputes arising over whether nomination papers or declarations of candidacy filed with the secretary of state conform with the law." RSA 665:7. You can appeal the Secretary of State's decision not to accept your declaration to the Ballot Law Commission by submitting a signed notice of appeal that explains the basis for your challenge:

By e-mail: elections@sos.nh.gov, ATTN: Ballot Law Commission
By regular mail: Ballot Law Commission, c/o Secretary of State's Office, State House, Room 204, 107 N. Main Street, Concord, NH 03301

Sincerely,

# Declaration of Intent

---

From **Brendan O'Donnell** <Brendan.ODonnell@sos.nh.gov>

To **ard@day2026.com**

CC **Elections** <Elections@SOS.NH.GOV>

Date **Thursday, June 11th, 2026 at 1:02 PM**

---

Good afternoon, Aaron Day:

I attempted to call you today at 12:30 p.m., but you did not pick up, and I could not leave a message because your voicemail was full. On June 10, you submitted a declaration of intent to be a candidate for U.S. Senate. Please be advised, ***your declaration does not conform to state law*** because you are not registered to vote in Nashua Ward 3, where you are domiciled. See RSA 655:17-a. Accordingly, ***the Secretary of State's Office cannot accept your declaration***. A refund of your filing fee will be issued in the coming weeks.

**New Hampshire Law Governing Ballot Access**:

The candidate filing period for the November 3 State General Election runs from June 3 to June 12, 2026. See RSA 655:14; RSA 655:14-a.

During this period, a person may file a declaration of intent to be listed as a candidate on the general election ballot, provided the candidate complies with the nominating papers process set forth in RSA 655:40 et seq. However, a person is only qualified to file if they are registered to vote in the town or ward in which they are domiciled. See RSA 655:17-a (requiring nonparty candidates to complete a declaration of intent, declaring that they are a registered voter in the town or ward in this they are domiciled).

Because candidates must be registered voters at the time they complete a declaration of intent, every municipality held a supervisor session on June 2—the day before the candidate filing period opened. See RSA 654:32 ("Before each state or presidential primary election, the supervisors of the checklist shall be in session before each primary for the change of registration of legal voters as provided in RSA 654:34 or 654:34-a or both. . . . . Before the state primary election, the session shall be on Tuesday before the first Wednesday in June between 7:00 p.m. and 7:30 p.m. and at the discretion of the supervisors for extended hours.").

**Your Declaration of Candidacy Did Not Conform to State Law**:

June 2, 2026, was the last day for you to register as a voter at your current domicile prior to the opening of the candidate filing period on June 3.

On June 10, 2026, you submitted a declaration of intent to run as a candidate for U.S. Senate in the upcoming state general election. On that form, you listed your name as "Aaron Day" and declared " I am domiciled in Ward 3, in the city … of Nashua, and am a registered voter herein." You further listed your address as "34 Franklin Street, Suite 325." This Office checked the statewide voter registration system, and you are not registered to vote in Nashua Ward 3.

Therefore, your June 10 declaration of candidacy did not conform to state law because you are not a registered voter in the ward in which you are domiciled. Accordingly, the Secretary of State's Office cannot accept your declaration.

-

**Appeal to Ballot Law Commission**:

The Ballot Law Commission has authority to "hear and determine disputes arising over whether nomination papers or declarations of candidacy filed with the secretary of state conform with the law." RSA 665:7. You can appeal the Secretary of State's decision not to accept your declaration to the Ballot Law Commission by submitting a signed notice of appeal that explains the basis for your challenge:

| *By e-mail*: | *By regular mail*: |
|---|---|
| elections@sos.nh.gov | Ballot Law Commission |
| ATTN: Ballot Law Commission | c/o Secretary of State's Office |
| State House, Room 204 | |
| 107 N. Main Street | |
| Concord, NH 03301 | |

Sincerely,

Brendan

**Brendan A. O'Donnell | Deputy Secretary of State**

New Hampshire Secretary of State

(603) 271-3242

www.sos.nh.gov

---

**18.88 KB** 6 embedded images

image001.png 11.12 KB
image002.gif 1.52 KB
image003.png 1.06 KB
image004.png 2.79 KB
image005.png 785 bytes
image006.gif 1.62 KB

# EXHIBIT 3

**City of Nashua voter registration form (RSA 654:7), completed and received June 11, 2026. Voter ID 300205248. Add date June 11, 2026. Voter status PENDING. Received by the City Clerk's office; registrar approval line blank.**



PLEASE PRINT OR TYPE

NEW HAMPSHIRE VOTER REGISTRATION FORM RSA 654:7

1. LAST NAME (including suffix): DAY
FIRST NAME: AARON
FULL MIDDLE NAME: ROSS

2. DOMICILE ADDRESS (Street & House (Apt.) Number): 34 FRANKLIN ST STE 325
TOWN OR CITY: NASHUA
WARD NUMBER: 03
ZIP CODE: 03064

3. MAILING ADDRESS (If different than in 2.)(Street & House (Apt.) Number)
TOWN OR CITY
STATE
ZIP CODE

4. PLACE OF BIRTH (City/Town/State/Province/Country): INDIANAPOLIS IN
DATE OF BIRTH: 04/21/1976

5. ARE YOU A CITIZEN OF THE UNITED STATES? YES ☑
IF A NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)
DATE NATURALIZED

6. PLACE LAST REGISTERED TO VOTE:
I am not currently registered to vote elsewhere (initial here ________), or
I request that my name be removed as a registered voter in (fill in your address where previously registered, street, city/town, state, and zip code)
53 RIDDLE DR BEDFORD NH 03110-5323 (initial here AD)

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT FROM ABOVE

8. PARTY AFFILIATION (if any): UNDECLARED

9. DRIVER'S LICENSE NUMBER: 04DYA76211
STATE
IF YOU DO NOT HAVE A VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER

Add Date: 06/11/2026
Voter Status: PENDING
Poll Place: AMHERST STREET ELEMENTARY SCHOOL
☑ New Voter ☑ Transfer from NH Town
☐ Address Change ☐ Ward Change
☐ Name Change
☐ Party Change
☐ Other Change

Districts

| | | |
|---|---|---|
| City Ward | State Rep | State Rep FL |
| 03 | 6 | |
| State Senate | US Cong | Exe Council |
| 13 | 1 | 5 |
| County | School Dist | Vill Dist |
| HILLSBOROUGH | 042 | |

My name is AARON ROSS DAY. I am today registering to vote in the city/town of NASHUA, New Hampshire. If a city, ward number 03.

I understand that to vote in this ward/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this ward/town.

I understand that a person can claim only one state and one city/town as his or her domicile at a time. I understand that my domicile for voting is that one place, more than any other place, where I have established a physical presence and manifested an intent to maintain a single continuous presence for domestic, social, and civil purposes relevant to participating in democratic self-government. By registering or voting today, I am acknowledging that I am not domiciled or voting in any other state or any other city/town.

In declaring New Hampshire as my domicile, I realize that I am not qualified to vote in state or federal elections in another state.

If I have any questions as to whether I am entitled to vote in this city/town, I am aware that a supervisor of the checklist is available to address my questions or concerns.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, unde the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated ward/town, and registering on election day, that I have not voted and will not vote at any other polling place this election.

Date: ______________________
Signature of Applicant

*In accordance with RSA 659:34, the penalty for knowingly or purposely providing false information wh registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civi not to exceed $5,000.*

Received by ______________________

Approved by ______________________ Date: ______
SUPERVISOR OF CHECKLIST/REGISTRAR OF VOTERS

November 11, 2024

## EXHIBIT 4

**Cure letter delivered to the Secretary of State on June 12, 2026, followed by a note on the June 12 declaration and receipt.**

Aaron Ross Day
34 Franklin St, Ste 325
Nashua, NH 03064
617-669-2187 · ard@day2026.com

June 12, 2026

Office of the Secretary of State
Election Division
State House, 107 North Main Street
Concord, NH 03301

**Re: Declaration of Intent, U.S. Senate; Notice of cure and re-filing on June 12**

Dear Secretary of State: :

Thank you for your June 11 letter about my June 10 Declaration of Intent.

**What I have done to fix the problem**

Your office identified one problem. I was registered to vote in Bedford, not in Nashua Ward 3, where I am domiciled. That problem is now fixed.

On June 11, 2026, I submitted a complete voter registration application to the City of Nashua. It transfers my registration from Bedford to Nashua Ward 3. The city accepted it. The city assigned me Voter ID 300205248 with an add date of June 11, 2026. A copy of the form is attached. The form awaits only the approval signature of the registrar of voters. That signature is a ministerial step.

Today, June 12, I am filing a new Declaration of Intent at your office, before 5:00 p.m. The filing period is open through today. RSA 655:14; RSA 655:14-a.

**Why the new declaration conforms to the law**

1. RSA 655:17-a requires one thing on this point. The declarant must be "a registered voter herein," meaning a registered voter where he is domiciled, at the time he makes the declaration. I meet that requirement today.

2. There is no June 2 deadline. No statute says a candidate must register to vote by June 2. No statute says a candidate must register before the filing period opens. Not RSA 655. Not RSA 654. None.

3. Your letter relies on RSA 654:32. That statute does not say what your letter says it says. By its own words, the June 2 session is "for the change of registration of legal voters as provided in

RSA 654:34 or 654:34-a." Those two statutes are about changing party affiliation. They have nothing to do with me. I did not change my party. I moved my registration to my domicile.

4. Voter registration is open year-round. RSA 654:8 lets a person register with the city clerk during regular office hours. That statute has one cutoff, in RSA 654:8, II, and it applies only right before an election. There is no election right now. The cutoff does not apply.

5. Your own letter states the rule correctly. It says a person "is only qualified to file if they are registered to vote in the town or ward in which they are domiciled." That sentence is in the present tense. I satisfy it today.

6. I have been a registered New Hampshire voter the entire time. I was registered in Bedford before June 2 and ever since. The June 11 transfer changed only the town on my record. It did not change my status as a registered voter. And if the concern is the registrar's pending signature: that is the city's internal processing step. My eligibility cannot depend on how fast city staff process a form they have already accepted.

**The constitutional problem with a registration requirement**

The U.S. Constitution sets the only qualifications for United States Senator: age, citizenship, and being an inhabitant of the state when elected. U.S. Const. art. I, § 3, cl. 3. States may not add qualifications. U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779, 806, 831 (1995). Your office's own "Qualifications for Office" webpage says the same thing. It lists no voter-registration requirement for U.S. Senator, while it lists one for Governor, Executive Councilor, State Senator, State Representative, and County Officer.

Every federal court that has reviewed a state rule requiring congressional candidates to be registered voters or pre-election residents has struck the rule down. Campbell v. Davidson, 233 F.3d 1229, 1235 (10th Cir. 2000); Schaefer v. Townsend, 215 F.3d 1031, 1037, 1039 (9th Cir. 2000); Texas Democratic Party v. Benkiser, 459 F.3d 582, 589 (5th Cir. 2006); Dillon v. Fiorina, 340 F. Supp. 729, 731 (D.N.M. 1972) (three-judge court) (a U.S. Senate case). No court has upheld one.

**What I am asking**

Accept my June 12 declaration. That ends the matter.

If your office refuses, please give me the specific grounds in writing today. I will then appeal immediately to the Ballot Law Commission under RSA 665:7, and I reserve all rights in other forums.

You can reach me at 617-669-2187 today.

Respectfully,

Aaron Ross Day

**EXHIBIT 4 (continued): Declaration of Intent filed June 12, 2026, and filing receipt dated June 12, 2026. The candidate's copies will be supplied by supplemental filing. The original declaration is in the Secretary of State's possessi**




**on.**

**EXHIBIT 4 (continued)**

**Declaration of Intent (RSA 655:17-a), United States Senator, completed and filed with the Secretary of State on June 12, 2026. Photograph taken at signing. The original is in the Secretary of State's possession.**



**EXHIBIT 4 (continued)**

**Office of the Secretary of State receipt No. 097748, dated June 12, 2026: $100.00 received from Aaron Day, credited to Elections, marked Received Payment. Receipt for the filing fee paid with the June 12, 2026 Declaration of Intent.**

STATE OF NEW HAMPSHIRE

OFFICE OF SECRETARY OF STATE

№ 097748

CONCORD, N.H. 6/12, 20 26

Aaron Day

One Hundred Dollars

$ 100.—

| | | |
|---|---|---|
| Corporations | | |
| Commercial Code | | |
| Commissions | | |
| Certificates | | |
| Peddler's License | | |
| Registrations | | |
| Publications | | |
| Elections | 100 | — |
| Refunds | | |
| | | |
| Total | 100 | — |

Secretary of State

Received Payment:

By ANS.


STATE OF NEW HAMPSHIRE
OFFICE OF SECRETARY OF STATE

№ 097748

CONCORD, N.H. 6/12, 20 26

Aaron Day

One Hundred Dollars

$ 100.—

| | | |
|---|---|---|
| Corporations | | |
| Commercial Code | | |
| Commissions | | |
| Certificates | | |
| Peddler's License | | |
| Registrations | | |
| Publications | | |
| Elections | 100 | — |
| Refunds | | |
| | | |
| Total | 100 | — |

Secretary of State

Received Payment:

By ANS.

## EXHIBIT 5

**New Hampshire Secretary of State, "Qualifications for Office" webpage, captured June 12, 2026. https://www.sos.nh.gov/elections/qualifications-office. An archived copy from December 9, 2025 is preserved at web.archive.org.**

AAA Change Text Size  Change Site Language  Search The Site

New Hampshire Secretary of State
David M. Scanlan

Contact Us

LIVE FREE OR DIE

Home Administration Elections Civic & Voter Education Corporations UCC and Statutory Liens Securities Regulation Archives and Records Management Vital Records

Home > Elections > Qualifications for Office

## Qualifications for Office

***Information about qualifications that are required to hold office***

**PRESIDENT** - Must be a natural born citizen, at least 35 years of age, and have been a resident within the United States for at least 14 years.

**GOVERNOR** - Must be at least 30 years of age, a registered voter and domiciled in New Hampshire for at least 7 years.

**UNITED STATES SENATOR** - Must be at least 30 years of age, a United States Citizen for at least 9 years, and when elected, be an inhabitant of New Hampshire (Article 1, section 3 of the Federal Constitution).

**UNITED STATES REPRESENTATIVE** - Must be at least 25 years of age, been seven years a Citizen of the United States, and when elected, be an inhabitant of New Hampshire (Article 1, section 2 of the Federal Constitution).

**EXECUTIVE COUNCILOR** - Must be at least 30 years of age, a registered voter and domiciled in New Hampshire for at least 7 years. Must live in executive council district they are a candidate for.

**STATE SENATOR** - Must be at least 30 years of age, a registered voter and domiciled in New Hampshire for at least 7 years. Must live in senate district they are a candidate for.

**STATE REPRESENTATIVE** - Must be at least 18 years of age, a registered voter and domiciled in New Hampshire for at least 2 years. Must live in town or ward they are a candidate for.

**COUNTY OFFICER** - Must be at least 18 years of age and a registered voter in the county where you are domiciled. Must also be aware of other provisions of law regarding qualifications for particular county offices.

# EXHIBIT 6

**Secretary of State rejection of second Declaration of Intent. Email received June 12, 2026. True and accurate transcription; original retained in candidate's email and on the sender's system.**

Good afternoon, Aaron Day:

This e-mail concerns a second declaration of intent that you filed today, June 12, 2026. I reviewed every document you provided me. That includes a photocopy of a voter registration form that you completed on June 11, 2026, to register to vote in Nashua. That also includes a letter dated June 12, 2026, explaining that you believe you now meet the requirements of RSA 655:17-a because you are now a registered voter in Nashua, where you are domiciled.

Please be advised, your declaration does not conform to state law because you are not registered to vote in Nashua Ward 3, where you are domiciled. See RSA 655:17-a. Accordingly, the Secretary of State's Office cannot accept your declaration. A refund of your filing fee will be issued in the coming weeks.

Although a person may complete a voter registration form after the candidate filing period opens, they will not become a registered voter until the supervisors subsequently meet and approve the registration. See RSA 654:8-13. Therefore, even though you completed a voter registration form on June 11 at the Nashua City Clerk's Office, your application to register remains pending. While you were in the office today, we confirmed that your registration remains pending in the Statewide Voter Registration. Similarly, on the photocopy of your voter registration that you provided, you will see in the top right that it says "Voter Status: PENDING."

As explained in my prior e-mail, this is why every municipality holds a supervisor session on June 2, the day before the candidate filing period opens, to act on all pending voter registrations. See RSA 654:32.

Appeal to Ballot Law Commission:

The Ballot Law Commission has authority to "hear and determine disputes arising over whether nomination papers or declarations of candidacy filed with the secretary of state conform with the law." RSA 665:7. You can appeal the Secretary of State's decision not to accept your declaration to the Ballot Law Commission by submitting a signed notice of appeal that explains the basis for your challenge:

By e-mail: elections@sos.nh.gov, ATTN: Ballot Law Commission
By regular mail: Ballot Law Commission, c/o Secretary of State's Office, State House, Room 204, 107 N. Main Street, Concord, NH 03301

Sincerely,

Brendan

# Declaration of Intent

**From** Brendan O'Donnell <Brendan.ODonnell@sos.nh.gov>

**To** ard@day2026.com, ardventures@gmail.com

**CC** Elections <Elections@SOS.NH.GOV>

**Date** Friday, June 12th, 2026 at 12:37 PM

---

Good afternoon, Aaron Day:

This e-mail concerns a second declaration of intent that you filed today, June 12, 2026. I reviewed every document you provided me. That includes a photocopy of a voter registration form that you completed on June 11, 2026, to register to vote in Nashua. That also includes a letter dated June 12, 2026, explaining that you believe you now meet the requirements of RSA 655:17-a because you are now a registered voter in Nashua, where you are domiciled.

Please be advised, ***your declaration does not conform to state law*** because you are not registered to vote in Nashua Ward 3, where you are domiciled. See RSA 655:17-a. Accordingly, ***the Secretary of State's Office cannot accept your declaration***. A refund of your filing fee will be issued in the coming weeks.

Although a person may complete a voter registration form *after* the candidate filing period opens, they will not become a registered voter until the supervisors subsequently meet and approve the registration. See RSA 654:8–13. Therefore, even though you completed a voter registration form on June 11 at the Nashua City Clerk's Office, your application to register remains pending. While you were in the office today, we confirmed that your registration remains pending in the Statewide Voter Registration. Similarly, on the photocopy of your voter registration that you provided, you will see in the top right that it says "Voter Status: **PENDING.**"

As explained in my prior e-mail, this is why every municipality holds a supervisor session on June 2—the day before the candidate filing period opens—to act on all pending voter registrations. See RSA 654:32.

**Appeal to Ballot Law Commission**:

The Ballot Law Commission has authority to "hear and determine disputes arising over whether nomination papers or declarations of candidacy filed with the secretary of state conform with the law." RSA 665:7. You can appeal the Secretary of State's decision not to accept your declaration to the Ballot Law Commission by submitting a signed notice of appeal that explains the basis for your challenge:

*By e-mail*:

elections@sos.nh.gov

ATTN: Ballot Law Commission

State House, Room 204

107 N. Main Street

Concord, NH 03301

*By regular mail*:

Ballot Law Commission

c/o Secretary of State's Office

Sincerely,

Brendan

**Brendan A. O'Donnell | Deputy Secretary of State**

New Hampshire Secretary of State

(603) 271-3242

www.sos.nh.gov

**From:** Brendan O'Donnell
**Sent:** Thursday, June 11, 2026 1:02 PM
**To:** 'ard@day2026.com' <ard@day2026.com>

**Cc:** Elections <Elections@SOS.NH.GOV>
**Subject:** Declaration of Intent

Good afternoon, Aaron Day:

I attempted to call you today at 12:30 p.m., but you did not pick up, and I could not leave a message because your voicemail was full. On June 10, you submitted a declaration of intent to be a candidate for U.S. Senate. Please be advised, ***your declaration does not conform to state law*** because you are not registered to vote in Nashua Ward 3, where you are domiciled. See RSA 655:17-a. Accordingly, ***the Secretary of State's Office cannot accept your declaration***. A refund of your filing fee will be issued in the coming weeks.

**New Hampshire Law Governing Ballot Access**:

The candidate filing period for the November 3 State General Election runs from June 3 to June 12, 2026. See RSA 655:14; RSA 655:14-a.

During this period, a person may file a declaration of intent to be listed as a candidate on the general election ballot, provided the candidate complies with the nominating papers process set forth in RSA 655:40 et seq. However, a person is only qualified to file if they are registered to vote in the town or ward in which they are domiciled. See RSA 655:17-a (requiring nonparty candidates to complete a declaration of intent, declaring that they are a registered voter in the town or ward in this they are domiciled).

Because candidates must be registered voters at the time they complete a declaration of intent, every municipality held a supervisor session on June 2—the day before the candidate filing period opened. See RSA 654:32 ("Before each state or presidential primary election, the supervisors of the checklist shall be in session before each primary for the change of registration of legal voters as provided in RSA 654:34 or 654:34-a or both. . . . . Before the state primary election, the session shall be on Tuesday before the first Wednesday in June between 7:00 p.m. and 7:30 p.m. and at the discretion of the supervisors for extended hours.").

**Your Declaration of Candidacy Did Not Conform to State Law**:

June 2, 2026, was the last day for you to register as a voter at your current domicile prior to the opening of the candidate filing period on June 3.

On June 10, 2026, you submitted a declaration of intent to run as a candidate for U.S. Senate in the upcoming state general election. On that form, you listed your name as "Aaron Day" and declared " I am domiciled in Ward 3, in the city … of Nashua, and am a registered voter herein." You further listed your address as "34 Franklin Street, Suite 325." This Office checked the statewide voter registration system, and you are not registered to vote in Nashua Ward 3.

Therefore, your June 10 declaration of candidacy did not conform to state law because you are not a registered voter in the ward in which you are domiciled. Accordingly, the Secretary of State's Office cannot accept your declaration.

-

**Appeal to Ballot Law Commission**:

The Ballot Law Commission has authority to "hear and determine disputes arising over whether nomination papers or declarations of candidacy filed with the secretary of state conform with the law." RSA 665:7. You can appeal the Secretary of State's decision not to accept your declaration to the Ballot Law Commission by submitting a signed notice of appeal that explains the basis for your challenge:

| *By e-mail*: | *By regular mail*: |
|---|---|
| elections@sos.nh.gov | Ballot Law Commission |
| ATTN: Ballot Law Commission | c/o Secretary of State's Office |
| State House, Room 204 | |
| 107 N. Main Street | |
| Concord, NH 03301 | |

Sincerely,

Brendan

**Brendan A. O'Donnell | Deputy Secretary of State**

New Hampshire Secretary of State

(603) 271-3242

www.sos.nh.gov

---

**18.88 KB** 6 embedded images

image001.png 11.12 KB

image002.gif 1.52 KB

image003.png 1.06 KB

image004.png 2.79 KB

image005.png 785 bytes

image006.gif 1.62 KB

# EXHIBIT 7

**City of Nashua Board of Registrars meeting history, from the city's public Agenda and Meeting Management Portal, captured June 12, 2026. https://nashuanh.portal.civicclerk.com/?category_id=46**

Meetings of record shown in the portal: August 25, 2025 (9:00 a.m.); October 23, 2025 (9:00 a.m.); February 4, 2026 (9:00 a.m.); April 29, 2026 (9:00 a.m.); June 2, 2026 (7:00 p.m.). As of June 12, 2026, the portal lists no upcoming Board of Registrars meeting. The intervals between meetings range from approximately five weeks to three and one-half months.



# EXHIBIT 8

**New Hampshire Secretary of State, official X (Twitter) account @NHSecretary, post of June 2, 2026, 1:00 p.m., captured June 12, 2026. https://x.com/NHSecretary/status/2061794964246520132. The post reads: "Attention voters: If you want to change your party affiliation before the State Primary Election in September, you have until June 2 to do so. Contact your local clerk for more information." The attached graphic reads: "The deadline to change party affiliation is Today. STATE PRIMARY: 9-8-26."**

← **Post**

**New Hampshire Secretary of State**
@NHSecretary

Attention voters: If you want to change your party affiliation before the State Primary Election in September, you have until June 2 to do so. Contact your loca
clerk for more information.

