**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| AARON ROSS DAY,<br> Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br> Defendant. | Civil Action No.<br>1:26-cv-00499-LM-AJ |

---

### MOTION FOR PRELIMINARY INJUNCTION (EXPEDITED HEARING REQUESTED PURSUANT TO LR 7.1(f))

Plaintiff Aaron Ross Day, pro se, moves under Rule 65(a) of the Federal Rules of Civil Procedure and Local Rule 65.1 for a preliminary injunction directing Defendant to accept Plaintiff's June 12, 2026 Declaration of Intent for the office of United States Senator and to process his candidacy on equal terms with all other candidates, and enjoining Defendant from excluding Plaintiff from the nomination-papers process or the general election ballot on the basis of the registered-voter requirement of RSA 655:17-a, through final judgment.

In support, Plaintiff states:

1. The grounds for this motion are set forth in the accompanying Memorandum of Law, the Verified Complaint, and the Declaration of Aaron Ross Day with Exhibits 1 through 9, all filed herewith, which equally support Plaintiff's contemporaneously filed Emergency Motion for a Temporary Restraining Order. Pursuant to Local Rule 7.1(a)(2), Plaintiff incorporates by reference that Memorandum of Law, which addresses the legal standards and factual basis for both this Motion and the Temporary Restraining Order motion. A proposed preliminary injunction order is submitted herewith as required by Local Rule 65.1.

2. This motion seeks to continue, through final judgment, the relief sought on an emergency basis in the Temporary Restraining Order motion, so that a single calendar fact, when a local board happens to meet, does not become a disqualifying condition the Legislature never enacted.

3. To the extent the Court refers this motion to the Magistrate Judge for a report and recommendation under 28 U.S.C. § 636(b)(1)(B), Plaintiff respectfully requests the full opportunity provided by 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b) to file specific written objections, and de novo determination by the District Judge of any portion of the report to which objection is made. In light of the August 5, 2026 signature deadline, Plaintiff will file any objections on an expedited basis and respectfully requests that review proceed accordingly.

4. Certification under Local Rule 7.1(c): Plaintiff sought Defendant's concurrence in the relief requested; the rejection letters of June 11 and June 12, 2026, the position taken by the Secretary of State, and the New Hampshire Ballot Law Commission's June 29, 2026 decision denying Plaintiff's administrative appeal all make clear that concurrence is withheld.

WHEREFORE, Plaintiff requests that the Court:

A. After notice and hearing, issue a preliminary injunction directing Defendant to accept and docket Plaintiff's June 12, 2026 Declaration of Intent for United States Senator as timely filed, and to process his candidacy and nomination papers on equal terms with all other candidates;

B. Enjoin Defendant from excluding Plaintiff from the nomination-papers process or the general election ballot on the basis of the registered-voter requirement of RSA 655:17-a, through final judgment;

C. Order that no security is required under Rule 65(c); and

D. Grant such other relief as is just.

Respectfully submitted,

Aaron Ross Day, pro se
34 Franklin St, Ste 325
Nashua, NH 03064
617-669-2187
ard@day2026.com
Dated: June 30, 2026

**Certificate of Service**

I certify that on June 30, 2026, I served this motion, with all supporting papers, on the Office of the Secretary of State, Election Division, by email to elections@sos.nh.gov, and on the Office of the New Hampshire Attorney General, 1 Granite Place South, Concord, NH 03301, by email, and that formal service of the summons and complaint will be completed under Fed. R. Civ. P. 4(j)(2) within the time allowed by Fed. R. Civ. P. 4(m).

Aaron Ross Day

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| AARON ROSS DAY, <br>   Plaintiff, <br><br> v. <br><br> DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, <br><br>   Defendant. | Civil Action No. <br> 1:26-cv-00499-LM-AJ |

## CERTIFICATE OF NOTICE

I, Aaron Ross Day, Plaintiff pro se, hereby certify that on June 30, 2026, at approximately ___11:30 a___.m., I caused a true and complete copy of the foregoing Emergency Motion for Temporary Restraining Order, Motion for Preliminary Injunction, Memorandum of Law in Support, Declaration of Aaron Ross Day with Exhibits 1 through 9, Proposed Order Granting Temporary Restraining Order, and Proposed Order Granting Preliminary Injunction to be transmitted by electronic mail to:

- elections@sos.nh.gov (Office of the New Hampshire Secretary of State, Election Division); and - attorneygeneral@doj.nh.gov (Office of the New Hampshire Attorney General, Civil Bureau).

This notice is given under Rule 65(b)(1) of the Federal Rules of Civil Procedure. It is distinct from, and not a substitute for, formal service of process under Rule 4 of the Federal Rules of Civil Procedure, which Plaintiff will perfect separately within the time allowed by Rule 4(m).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2026

Aaron Ross Day, pro se

34 Franklin St, Ste 325

Nashua, NH 03064

617-669-2187

ard@day2026.com