**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| AARON ROSS DAY,<br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>Defendant. | Civil Action No.<br>1:26-cv-00499-LM-AJ |

## DECLARATION OF AARON ROSS DAY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Aaron Ross Day, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am the Plaintiff. I am over eighteen years of age and make this declaration from personal knowledge.

2. I am a citizen of the United States and have been for more than nine years. I am over thirty years of age. I am domiciled at my residence in Ward 3 in the City of Nashua, New Hampshire, and I intend to be an inhabitant of New Hampshire on November 3, 2026 and when elected.

3. I am a candidate for United States Senator from New Hampshire in the November 3, 2026 general election, proceeding by nomination papers under RSA 655:40 et seq.

4. Before June 11, 2026, I was a registered voter in Bedford, New Hampshire, my prior domicile. I have been a registered New Hampshire voter without interruption at all times relevant to this case.

5. On June 10, 2026, I filed a Declaration of Intent for the office of United States Senator at the Office of the Secretary of State in Concord and paid the $100 filing fee. A true copy of that declaration is Exhibit 1.

6. On June 11, 2026, at 1:02 p.m., I received an email from Deputy Secretary of State Brendan A. O'Donnell rejecting the June 10 declaration on the ground that I was not registered to vote in Nashua Ward 3, and asserting that June 2, 2026 had been the last day for me to register at my current domicile. A true copy of that email, printed from my mail client with full headers, is Exhibit 2.

7. The same day, June 11, 2026, I went to the Nashua City Clerk's office and submitted a complete application to transfer my voter registration from my prior domicile in Bedford to Nashua Ward 3. I am and have been continuously registered as a New Hampshire voter under Voter ID 300205248, my long-standing voter identification number from my registration in Bedford, and my registration has never lapsed. The City of Nashua did not assign me a new voter registration or a new Voter ID. It moved my existing, long-standing registration to the Nashua Ward 3 checklist under that same Voter ID number, with an add date of June 11, 2026, to reflect my current domicile. At all times relevant to this action, I was a registered voter in the State of New Hampshire. A true copy of the registration form bearing the City's receipt is Exhibit 3.

8. On June 12, 2026, I returned in person to the Office of the Secretary of State, within the filing period, and filed a new Declaration of Intent for United States Senator. I paid the $100 filing fee again and received receipt No. 097748. I also delivered a letter explaining the cure, together with the City's registration documentation. True copies of the June 12 declaration, the receipt, and the cure letter are Exhibit 4.

9. On June 12, 2026, at 12:37 p.m., I received a second email from Deputy Secretary O'Donnell rejecting the June 12 declaration, stating that my registration "remains pending" in the statewide voter registration system because the supervisors of the checklist had not yet met to approve it. A true copy is Exhibit 6.

10. A true copy of the Secretary of State's "Qualifications for Office" webpage as captured on June 12, 2026 is Exhibit 5. For United States Senator it lists only age, citizenship, and "when elected, be an inhabitant of New Hampshire (Article 1, section 3 of the Federal Constitution)." It lists "a registered voter" as a qualification for Governor, Executive Councilor, State Senator, State Representative, and County Officer.

11. A true copy of the City of Nashua Board of Registrars meeting history from the City's public Agenda and Meeting Management Portal, captured June 12, 2026, is Exhibit 7. It shows meetings on August 25, 2025; October 23, 2025; February 4, 2026; April 29, 2026; and June 2, 2026, and no upcoming meeting scheduled as of June 12, 2026.

12. A true copy of the New Hampshire Secretary of State's official X account post of June 2, 2026, stating "The deadline to change party affiliation is Today," captured June 12, 2026, is Exhibit 8.

13. On June 12, 2026, I filed a signed notice of appeal with the New Hampshire Ballot Law Commission under RSA 665:7, by email to elections@sos.nh.gov, with service on the Nashua City Clerk. A true copy is Exhibit 9. On June 29, 2026, the Commission denied my appeal by a vote of 4 to 1, with Chairman Cook casting the sole vote to grant it. As of the date of this declaration, the Commission has issued no written decision.

14. I am actively organizing the collection of nomination-paper signatures, which are due to local supervisors of the checklist by August 5, 2026. To qualify for the general-election ballot as a candidate by nomination papers, I must gather 3,000 valid signatures from registered New Hampshire voters, including at least 1,500 from each of the State's two congressional districts; my home city of Nashua lies in the Second Congressional District. Based on realistic canvassing rates, a volunteer signature drive of this size requires a continuous, organized effort beginning no later than mid-July 2026 to have any chance of certifying 3,000 valid signatures by August 5. I cannot lawfully begin that drive until my

Declaration of Intent is on file, because a nomination-papers candidate cannot be placed on the ballot without it. The Secretary's refusal to accept my Declaration therefore means I cannot assure signers, circulators, or volunteers that their efforts will count, and every day the refusal stands compresses an already narrow window. If the refusal is not lifted by mid-July, the signature drive becomes impossible as a practical matter, and I will be excluded from the November 3, 2026 general election ballot entirely.

15. I seek no damages in this action, only the acceptance and ordinary processing of my candidacy paperwork.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2026, at Nashua, New Hampshire.

Aaron Ross Day