**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| AARON ROSS DAY,<br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>Defendant. | Civil Action No.<br>1:26-cv-00499-LM-AJ |

## [PROPOSED] PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's Motion for Preliminary Injunction, the Verified Complaint, the Declaration of Aaron Ross Day and Exhibits 1 through 9, the Memorandum of Law, and the record, and after notice and hearing, the Court finds that Plaintiff has shown a likelihood of success on the merits of his claim that the registered-voter requirement of N.H. RSA 655:17-a, as applied to candidates for United States Senator, violates Article I, Section 3, Clause 3 of the United States Constitution; that Plaintiff will suffer irreparable harm absent relief; that the balance of equities favors Plaintiff; and that relief is in the public interest.

Accordingly, it is ORDERED:

1. Defendant David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and his officers, agents, and employees, shall accept and docket Plaintiff's June 12, 2026 Declaration of Intent for the office of United States Senator as timely filed within the filing period established by RSA 655:14 and RSA 655:14-a.

2. Defendant shall process Plaintiff's candidacy, including the distribution and acceptance of nomination papers under RSA 655:40 et seq., on equal terms with all other candidates, and shall not reject Plaintiff's nomination papers or exclude Plaintiff from the November 3, 2026 general election ballot on the basis of the registered-voter requirement of RSA

655:17-a.

3. This preliminary injunction shall remain in effect pending final judgment or further order of the Court.

4. No security is required under Fed. R. Civ. P. 65(c).

SO ORDERED.

Dated: ________, 2026

______________________________

United States District Judge