**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| AARON ROSS DAY,<br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>Defendant. | Civil Action No.<br>1:26-cv-00499-LM-AJ |

**PLAINTIFF'S RESPONSE TO THE COURT'S JULY 10, 2026 ENDORSED ORDER**

Plaintiff Aaron Ross Day, appearing pro se, respectfully submits this response to the Court's Endorsed Order of July 10, 2026, and states as follows:

1. On July 10, 2026, the Court issued an Endorsed Order directing Plaintiff to inform the Court, no later than 4:00 p.m. on July 13, 2026, whether he agrees to proceed on the pending Motion for Preliminary Injunction (Doc. 6) upon the facts set forth in Defendant's Notice of Stipulations (Doc. 7), in lieu of an evidentiary hearing, or whether he seeks an evidentiary hearing to establish facts he believes are not set forth therein.

2. Plaintiff agrees to proceed on the Motion for Preliminary Injunction upon the facts set forth in Doc. 7. Plaintiff does not seek an evidentiary hearing.

3. This agreement extends to the facts as stipulated in Doc. 7. It does not constitute agreement to, or a concession of, any characterization not stipulated therein, specifically including Defendant's assertion that Plaintiff's Nashua Ward 3 registration "remains pending." That unstipulated characterization is not material to the Qualifications Clause claim the Court will decide as a matter of law. The Supplemental Declaration filed concurrently herewith updates paragraph 14 of the Declaration already in the record, Doc. 6, Attachment 2; it is not new hearing evidence and does not reopen any fact this response agrees to decide on

the papers.

4. Plaintiff respectfully requests that the Court proceed on the papers as stipulated, consistent with this response and with Plaintiff's Supplemental Memorandum filed concurrently herewith.

WHEREFORE, Plaintiff informs the Court that he agrees to proceed on the pending Motion for Preliminary Injunction (Doc. 6) upon the facts as stipulated in Doc. 7, and does not request an evidentiary hearing.

Respectfully submitted,

/s/ Aaron Ross Day
Aaron Ross Day, Pro Se
34 Franklin St, Ste 325
Nashua, NH 03064
617-669-2187
ard@day2026.com
Dated: July 13, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, a copy of the foregoing was served on counsel for Defendant, Peter M. MacKenna, Assistant Attorney General, New Hampshire Department of Justice, Civil Bureau, peter.m.mackenna@doj.nh.gov, via the Court's CM/ECF system.

/s/ Aaron Ross Day
Aaron Ross Day