**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| AARON ROSS DAY,<br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>Defendant. | Civil Action No.<br>1:26-cv-00499-LM-AJ |

**SUPPLEMENTAL DECLARATION OF AARON ROSS DAY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Aaron Ross Day, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am the Plaintiff. I submit this Supplemental Declaration to update paragraph 14 of my Declaration of Aaron Ross Day filed June 30, 2026 (Doc. 6, Attachment 2), which I incorporate by reference.

2. As of the date of this declaration, I have collected approximately 2,500 signatures toward the nomination-paper requirement of RSA 655:42, which requires 3,000 total signatures from registered New Hampshire voters, including at least 1,500 from each of the State's two congressional districts.

3. Collection is continuing and remains ongoing through the August 5, 2026 deadline. I am working to reach and exceed the 3,000-signature minimum, and to build a further margin above it to account for signatures that town supervisors of the checklist may find invalid or unable to certify.

4. Nomination papers are due to town supervisors of the checklist by August 5, 2026. RSA 655:41. Supervisors certify signatures by August 26, 2026. Certified nomination papers are due to the Secretary of State by September 2, 2026. RSA 655:43.

5. Under RSA 655:43, II, a nomination-paper candidacy is void without an accepted Declaration of Intent. My signature-collection effort is real and on track to meet the statutory threshold. It shows that the relief I seek, acceptance of my June 12, 2026 Declaration of Intent, would not be futile. It is the only obstacle between my candidacy and the November 3, 2026 general-election ballot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2026, at Nashua, New Hampshire.

/s/ Aaron Ross Day
Aaron Ross Day