**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Aaron Ross Day | \* |
| | \* |
| Plaintiff, | \* |
| v. | \*     Civil No. 1:26-CV-00499-LM-AJ |
| | \* |
| David M. Scanlan (Official Capacity), | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION TO ADJUST DEADLINES

The Defendant, New Hampshire Secretary of State David M. Scanlan, by and through their counsel, the New Hampshire Office of the Attorney General, hereby moves this Court to adjust upcoming deadlines in this case, stating as follows:

1.      On July 15, 2026, a hearing was held in this case on Plaintiff's motion for a preliminary injunction. At the hearing, the Court asked the parties to confer and determine whether the parties would agree to shorten the time frame to object to the Court's forthcoming report and recommendation[1].

2.      After conferring, the parties agree that the deadline for the parties to respond to the Court's forthcoming can be shorted to seven days from the issuance of the report & recommendation. The parties further agree that the deadline for the parties to reply to a party's objection to the report & recommendation can be shorted to seven days from the filing of the objection.

3.      Currently, the deadline for Defendant to file a responsive pleading to Plaintiff's complaint is July 30, 2026. It is likely that the Court's forthcoming order on the motion for a

---

[1] Under Federal Rule of Civil Procedure 72, parties typically have 14 days to object to a report and recommendation.

preliminary injunction will impact the content of the responsive pleading to be filed by Defendant. Accordingly, Defendant requests that the deadline for Defendant to file a responsive pleading to the complaint be extended to twenty one days after the Court issues the final order on Plaintiff's request for a preliminary injunction.

4.     Undersigned counsel conferred with Plaintiff on this motion. Plaintiff has reviewed it and assents to the requests contained herein.

Respectfully submitted,

David M. Scanlan
New Hampshire Secretary of State

Through counsel,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: July 17, 2026       */s/ Peter M. MacKenna*
Peter M. MacKenna, Bar #269543
Assistant Attorney General
N.H. Department of Justice (Civil Bureau)
1 Granite Place - South
Concord, NH 03301
603-271-3650
peter.m.mackenna@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the foregoing was served to parties of record via the Court's electronic filing system.

*/s/ Peter M. MacKenna*
Peter M. MacKenna