UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Aaron R. Day

v. Case No. 26-cv-499-LM-AJ

NH Secretary of State

JUDGMENT

In accordance with the Order by Judge Landya B. McCafferty dated November 17, 2026, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: November 18, 2026